**Order entered July 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-09-01377-CV

### DARLENE C. BALISTRERI-AMRHEIN, Appellant

### V.

### AHI & INSPECTOR AARON D. MILLER, ET AL., Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01145-2008**

## ORDER

The Court has before it appellants' July 11, 2013 "motion for reconsideration and good cause reasons of July 1, 2013 order." The Court **DENIES** the motion.

/s/     ELIZABETH LANG-MIERS
        JUSTICE